# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Erika Taylor, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00230-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 25, 2022 Memorandum of Decision and Order.

July 25, 2022

Frank G. Johns, Clerk
United States District Court